Case No. 2-22-02011

# CERTIFICATE OF SERVICE

I, Gini L. Downing (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Biodelivery Sciences
15 Ingram Blvd.
La Vergne, TN 37086

BioDelivery Sciences International, Inc.
Attn: James Vollins, General Counsel,
Chief Compliance Officer, Corporate Secretary
15 Ingram Blvd.
La Vergne, TN 37086

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
BioDelivery Sciences International, Inc.
Attn: Scott M. Plesha, President
4131 Parklake Avenue, Ste. 225
Raleigh, NC 27612-2390

National Registered Agents, Inc.,
R/A BioDelivery Sciences International, Inc.
Attn: Mary Theresa E Coelho
4131 Parklake Avenue, Suite 225
Raleigh, NC 27612

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature  /s/ Gini L. Downing

|                       |                                      |
|-----------------------|--------------------------------------|
| Print Name:           | Gini L. Downing                      |
|                       | Pachulski Stang Ziehl & Jones LLP    |
|                       | 10100 Santa Monica Blvd.             |
|                       | 13th Floor                           |
| Business Address:     | Los Angeles, CA 90067                |

DOCS_LA:342018.1 75015/003    Case 2-22-02011-PRW, Doc 4, Filed 02/28/22, Entered 02/28/22 13:05:09, Description: Main Document, Page 1 of 2

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BioDelivery Sciences International, Inc.
   Attn: Scott M. Plesha, President
   4131 Parklake Avenue, Ste. 225
   Raleigh, NC 27612-2390

   9590 9402 3367 7227 2945 72

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9634

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Susan Myers
C. Date of Delivery: 2/19/02

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   National Registered Agents, Inc.,
   R/A BioDelivery Sciences International, Inc.
   Attn: Mary Theresa E Coelho
   4131 Parklake Avenue, Suite 225
   Raleigh, NC 27612

   9590 9402 3367 7227 2945 65

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9627

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Susan Myers
C. Date of Delivery: 2/16/00

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt