Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                 Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                 Plaintiff,<br>v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC.,<br><br>                 Defendant. | Adv. Proc. No. 2-22-02011 (PRW) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Biodelivery Sciences International, Inc. ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022; and

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint.

The Parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is extended through and including April 15, 2022.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| Dated: February 28, 2022 | Dated: February 28, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | GOODWIN PROCTER LLP |
| /s/ Ilan D. Scharf | /s/ Barry Z. Bazian |
| Bradford J. Sandler (NY Bar No. 4499877) | Barry Z. Bazian (NY Bar No. 5204052) |
| Ilan D. Scharf (NY Bar No. 4042107) | The New York Times Building |
| Jason S. Pomerantz (CA Bar No. 157216) | 620 Eighth Avenue |
| 780 Third Avenue, 34th Floor | New York, NY 10018 |
| New York, NY 10017 | Telephone: (212) 813-8816 |
| Telephone: (212) 561-7700 | Email: BBazian@goodwinlaw.com |
| Email: bsandler@pszjlaw.com | |
| ischarf@pszjlaw.com | *Counsel to Defendant Biodelivery Sciences* |
| jspomerantz@pszjlaw.com | *International, Inc.* |

*Counsel to Plaintiff RDC Liquidating Trust*

SO ORDERED:

DATED: March 17, 2022                    /s/
      Rochester, New York            HON. PAUL R. WARREN
                                       United States Bankruptcy Judge